Núm. 1027.—LOMBA, recurrente, *v.* REGISTRADOR, recurrido.—Original. Recurso Gubernativo. Diciembre 16, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto el recurrente en este caso es el comprador condicional de ciertos bienes muebles qué se describen en el contrato de compraventa;

Por cuanto en el mismo contrato se constituye una hipoteca sobre dichos bienes a favor del vendedor condicional con el objeto de garantizar el pago del precio convenido y aplazado;

Por cuanto el Registrador de la Propiedad de San Juan se negó a inscribir dicha hipoteca ''por no ser el deudor el dueño legal de los bienes hipotecados'';

Por cuanto de acuerdo con el caso de *Montalvo* v. *Valdivieso*, 38 D.P.R. 545, y otros, el comprador condicional es ''un verdadero dueño de los bienes comprados, pero en un dominio sujeto a desaparición por medio de resolución, o sea por el acaecimiento del suceso que constituye la condición del contrato'';

Por cuanto sostenemos que dicho título es suficiente para permitirle al comprador hipotecar los bienes;

Por cuanto el registrador en su oposición al recurrente alega además que la sección 5 de la ley sobre hipoteca de bienes muebles (núm. 19 de 1927, pág. 493) requiere que los bienes hipotecados estén libres de gravámenes y cargas;

Por cuanto el vendedor condicional y acreedor hipotecario en este caso son una y la misma persona y por lo tanto en cuanto a él se refiere dicha hipoteca goza de preferencia absoluta;

Por tanto, se revoca la nota del registrador recurrido y se ordena la inscripción solicitada.

El Juez Presidente Sr. Del Toro no intervino.